# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**311**

**CA 14-01401**

PRESENT: CENTRA, J.P., PERADOTTO, CARNI, SCONIERS, AND DEJOSEPH, JJ.

---

IN THE MATTER OF ELENA ARRAZOLA,
PETITIONER-APPELLANT,

V                                             MEMORANDUM AND ORDER

STATE OF NEW YORK DEPARTMENT OF MOTOR VEHICLES,
APPEALS BOARD, RESPONDENT-RESPONDENT.

---

PHETERSON SPATORICO LLP, ROCHESTER (KAMRAN HASHMI OF COUNSEL), FOR
PETITIONER-APPELLANT.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (JONATHAN D. HITSOUS OF
COUNSEL), FOR RESPONDENT-RESPONDENT.

---

Appeal from a judgment (denominated order) of the Supreme Court,
Monroe County (Thomas A. Stander, J.), entered October 9, 2013 in a
proceeding pursuant to CPLR article 78. The judgment confirmed the
determination of respondent to deny the application of petitioner for
a driver's license and dismissed the petition.

It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed without costs.

Memorandum: Petitioner commenced this CPLR article 78 proceeding
challenging respondent's determination pursuant to 15 NYCRR 136.5 (b)
(2) denying her application for a driver's license. Supreme Court
properly confirmed the determination and dismissed the petition on the
ground that the determination was "neither irrational nor arbitrary
and capricious" (*Matter of Sacandaga Park Civic Assn. v Zoning Bd. of
Appeals of Town of Northampton*, 296 AD2d 807, 809). Petitioner's
facial challenge to 15 NYCRR part 136 is not preserved for our review,
and we therefore do not address it (*see Matter of U.S. Energy Dev.
Corp. v New York State Dept. of Envtl. Conservation*, 118 AD3d 1381,
1383).

Entered:  June 12, 2015                       Frances E. Cafarell
                                              Clerk of the Court